JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| MICHAEL REZA and JEFF UNIACK,<br><br>            Plaintiffs,<br><br>    vs.<br><br>HOMESERVICES LENDING, LLC, Doing Business As HOMESERVICES; WELLS FARGO BANK, N.A.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. CV 14-02487-DMG-(MRWx)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION AS TO ALL PARTIES WITH PREJUDICE [48]** |

In accordance with Federal Rule of Civil Procedure 41, Plaintiffs MICHAEL REZA and JEFF UNIACK and Defendants HOMESERVICES LENDING, LLC and WELLS FARGO BANK, N.A. have filed this Joint Motion to Dismiss with Prejudice, and have requested that the Court dismiss Plaintiffs' claims against Defendants HOMESERVICES LENDING, LLC and WELLS FARGO BANK, N.A. with prejudice.

/ / /

/ / /

/ / /

1

Reza, et al. v. Homeservices Lending, LLC, et al.        Case No. 14-CV-02487-DMG-(MRWx)
Order Granting Joint Motion to Dismiss with Prejudice

1  IT IS, THEREFORE, ORDERED that all Plaintiffs' claims against Defendants HOMESERVICES LENDING, LLC and WELLS FARGO BANK, N.A. are hereby DISMISSED with prejudice.  The Final Pretrial Conference on May 5, 2015 and Jury Trial on June 2, 2015 are hereby VACATED.

DATED:  August 11, 2014                    _____
                                                                                DOLLY M. GEE
                                                                                UNITED STATES DISTRICT JUDGE

2

Reza, et al. v. Homeservices Lending, LLC, et al.         Case No. 14-CV-02487-DMG-(MRWx)
Order Granting Joint Motion to Dismiss with Prejudice